IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| **DARLENE GIBBS, et al.,** *individually and on behalf of a class of themselves and all individuals similarly situated,*<br><br>    Plaintiffs,<br><br>v.<br><br>**KENNETH REES, et al.,**<br><br>    Defendants. | Civil Action No. 3:18-cv-00714 |

## AGREED ORDER GRANTING MOTION PURSUANT TO NORTHERN DISTRICT OF TEXAS MISC. ORDER NO. 33 TO REFER THE ABOVE-CAPTIONED CASE TO BE ADJUDICATED BY JUDGE HARLAN D. HALE OF THE U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS

Having considered the agreed motion of the parties to the above-captioned lawsuit, seeking an Order referring this matter to the United States Bankruptcy Court for the Northern District of Texas pursuant to 28 U.S.C. § 157 and Misc. Order No. 33 for the United States District Court for the Northern District of Texas, as well as the exhibits annexed thereto, this Court is of the opinion that the parties' motion is due to be GRANTED. Accordingly, it is

ORDERED that this matter is REFERRED to Judge Harlan D. Hale of the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, to be adjudicated as a matter related to the consolidated Chapter 11 Bankruptcy of Think Finance LLC, Chapter 11 Case No. 17-33964, and it is further

ORDERED that the Clerk of this Court and the Clerk of the Bankruptcy Court to which this case is hereby referred are directed to take such actions as are necessary and appropriate to cause this matter to be docketed as an Adversary Proceeding associated with the consolidated Chapter 11 Bankruptcy of Think Finance LLC, Chapter 11 Case No. 17-33964.

SIGNED May 1, 2018.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

Email:  aaron.marks@kirkland.com
Email:  ross.weiner@kirkland.com
*Counsel for Defendant GPL Servicing*

*/s/ Jonathan Boughrum*
Richard L. Scheff
Jonathan P. Boughrum
David F. Herman
MONTGOMERY MCCRACKEN WALKER & RHOADS
123 South Broad Street, 24th Floor
Philadelphia, PA 19109
Phone (215) 772-7228
Fax (215) 731-3804
Email:  rscheff@mmwr.com
Email:  jboughrum@mmwr.com
Email: dherman@mmwr.com

*Counsel for Defendant Kenneth Rees*